```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------X
In the Matter of the Application of
EULA WILLIAMS, JAMES PALMER, BERNADETTE
ELVIN, STEPHEN BARKER, ROBERTA KIRWAN
EPPS, CONSTANCE TAYLOR, SARAH WILLIAMS,
EARL CATER, WILLIAM EVANS, JERRY DEWITT
CHERI ORSMBY, MICHAEL CHAPMAN, JOSEPH
JAKUBOWKSI, RICHARD LINDSEY, GARY BURDICK      NOTICE OF
and other present and former employees          DISMISSAL
of the State of New York, employed              WITHOUT
as Security Hospital Treatment Assistants,      PREJUDICE

                                Plaintiffs,
                                                05 CV 351
              -against-                         (GLS)(DRH)

ALAN G. HEVESI, Comptroller of the
State of New York, and the NEW YORK
STATE EMPLOYEES' RETIREMENT SYSTEM,

                                Defendants.
------------------------------------------X
```

Please take notice that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:  Lake Success, New York
        September 13, 2005

Respectfully submitted,

Cronin & Byczek LLP

_____
Christina A. Leonard (CL-5020)
Attorneys for Plaintiff
1981 Marcus Avenue, Suite 227
Lake Success, New York  11042

SO ORDERED:

_____
U.S. District Judge
Date: 9/14/05

1

To: ELIOT SPITZER
    Attorney General of the State
      of New York
    Attorney for Defendants
    The Capitol
    Albany, New York  12224-0341

    Attn: Bruce J. Boivin
          Assistant Attorney General